IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HODGSON,
        Plaintiff(s),

vs.                                                          CIV-S-04-2436-GEB/GGH

MBNA AMERICA BANK, N.A.
AND DOES 1 through 50, inclusive,
     Defendant(s).
_____/

     <u>Defendant</u> filed a discovery motion on <u>June 24, 2005</u> set for hearing **<u>July 28, 2005 @ 10:00 a.m.</u>**. Having reviewed the record and all filings, the court has determined that the hearing will not be vacated. The parties shall appear at the scheduled time.

Dated: 7/26/05

                                                      /s/ Gregory G. Hollows

                                                      _____
                                                      GREGORY G. HOLLOWS
                                                      U.S. Magistrate Judge

hodgson2436.251