IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HODGSON,

    Plaintiff,                    No. CIV S-04-2436 GEB GGH

    vs.

MBNA AMERICA BANK, N.A., et al.,

    Defendants.                <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for July 28, 2005, was defendant's motion to compel discovery. Appearing for plaintiff was Kevin Whiteford. Glen Isaacs appeared for defendant. At hearing, the court directed the parties to resolve their discovery disputes, and directed defendant to place the motion back on calendar if the disputes could not be resolved.

        For the reasons stated on the record, IT IS ORDERED that by August 15, 2005, either defendant shall file a statement indicating that the matter is resolved, or the parties shall file a joint statement setting forth the disputes which remain at issue.

DATED: 8/2/05

                                /s/ Gregory G. Hollows
                                _____
                                UNITED STATES MAGISTRATE JUDGE

GGH:076
Hodgson2436.dsy.wpd

1