UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HODGSON, ) | 2:04-cv-02436-GEB-GGH |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MBNA AMERICA BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

Attorney Kevin Whiteford and the law firm of Serlin & Whiteford LLP have filed a motion for leave to withdraw as Plaintiff's counsel of record. The motion is scheduled to be heard approximately nine (9) days before the discovery completion date. Since the granting of the motion would leave Plaintiff without counsel at this apparently critical stage of the proceeding, counsel is required to have Plaintiff personally appear at the scheduled hearing. If this cannot be arranged, then counsel is to reschedule the hearing through the courtroom deputy at a time when Plaintiff can attend.

IT IS SO ORDERED.

Dated:  August 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge