UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HODGSON, ) | 2:04-cv-2436-GEB-GGH |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MBNA AMERICA BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

On August 11, 2005, Plaintiff's counsel caused a proposed order to be filed, in which it is stated "that the case has settled and the parties are circulating a settlement agreement that will result in the immediate dismissal of this action" and that counsel "is willing to postpone" its motion to withdraw as counsel "in order to accommodate the completion of the settlement." Therefore, the motion to withdraw is rescheduled for hearing on August 29, 2005, at 10:00 a.m.

Furthermore, since the Court has been notified that this action has settled, the parties have until 4:30 p.m. on August 26, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. See L.R. 16-160(b). ("A

1  failure to file dispositional papers on the date prescribed by the
2  Court may be rounds for sanctions.").
3          IT IS SO ORDERED.
4  Dated:  August 12, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge