| | |
|---|---|
| 1 | KEVIN P. WHITEFORD, CA State Bar No. 142916 |
| | SERLIN & WHITEFORD, LLP |
| 2 | 813 F Street, 2nd Floor |
| | Sacramento, CA  95814 |
| 3 | Telephone:     (916) 446-0790 |
| | Facsimile:      (916) 446-0791 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | ERIC HODGSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC HODGSON, | CASE NO.    CIV-S-04-2436 GEB GGH |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE, WITH EACH PARTY BEARING THEIR OWN ATTORNEY FEES AND COSTS** |
| vs. | |
| MBNA AMERICA BANK, N.A., | |
| Defendants. | BEFORE:    Hon. Garland E. Burrell, Jr. |
| | Courtroom 10 |

Pursuant to the stipulation of the parties to the entry of an order dismissing this action with prejudice and with each party bearing their own attorney fees and costs, and good cause appearing therefore,

IT IS HEREBY ORDERED that this case is dismissed with prejudice in its entirety, and each party shall bear their own attorney fees and court costs in this action.

```
DATED:  August 26, 2005
```

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```